

MEMORANDUM TO
THE HONORABLE SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE

RECEIVED
In Chambers of:
U.S. District Judge
SANDRA L. TOWNES
NOV - 1 2007

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 18 2008 ★

Docketing
BROOKLYN OFFICE

RE: U.S. v. TRACEY BADGETT ✓
JEROME ASARO ✓
ANTHONY RABITO ✓
ANTHONY VIVELO ✓
MICHAEL VIRTUOSO
JOSEPH CAMMARANO ✓
GIACOMO BONVENTRE ✓
CHRISTOPHER MERZ ✓
ANTHONY DEFELIPPO ✓
PATRICK TARSIO
JOSEPH ROSSETTI ✓
LOUIS DECICCO ✓
JOHN COMPONO ✓

DOCKET #: 06-CR-800
FOR SENTENCE: December 7, 2007

<u>**DELAY IN PRESENTENCE INVESTIGATION & REQUEST FOR ADJOURNMENT**</u>

The above noted defendants are presently pending sentence before Your Honor. The Probation Officer assigned to prepare the offense conduct details for these cases has advised me that there is a large amount of file material which needs to be reviewed and two case agents who need to be interviewed in order to prepare these details. Further, the officer had to unexpectedly take leave for several weeks.

As a result, for the reasons noted herein, it will not be possible for the Probation Department to disclose these reports in a timely fashion. Based on the information presented herein, the Probation Department respectfully requests an adjournment of sentence of approximately twelve weeks.

Request Granted: November 19, 2007
Sandra L. Townes

New Sentence Date: _____

Request Denied:

_____

RESPECTFULLY SUBMITTED,

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

Prepared by: _____
Helen Georgopoulos
Supervising U.S. Probation Officer
(347) 534-3729

October 31, 2007